UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WATCHGUARD SECURITIES LITIGATION,<br><br>This Document Relates to:   All Actions | Master File No. C05-678JLR<br><br>CLASS ACTION<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

There being no opposition to the court's order appointing Dearborn Heights Act 345 Police and Fire Retirement System the presumptive lead plaintiff in the above-referenced action (Dkt. # 18), said action is approved, and the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed as lead counsel for the class.

Filed and entered this 2nd day of August, 2005.

BRUCE RIFKIN, Clerk

By   s/Consuelo Ledesma
     Deputy Clerk

MINUTE ORDER