UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



In re: WATCHGUARD SECURITIES LITIGATION.

---

ALAN PIUS, On behalf of himself and all others similarly situated, et al.,

    Plaintiffs - Appellants,

v.

WATCHGUARD TECHNOLOGIES INC., et al.,

    Defendants - Appellees.

No. 06-35989

DC# CV-05-00678-JLR
Western Washington
(Seattle)

ORDER

Pursuant to the court's April 3, 2007, order, this appeal is deemed dismissed voluntarily. Fed. R. App. P. 42(b). Dismissal is without prejudice to reinstatement in the event the district court denies the parties' motion to approve their settlement. Notice of reinstatement must be filed with this court within 28 days of entry of the district court order denying the motion.

    A certified copy of this order shall act as the mandate of this court.

FOR THE COURT:

Chris Goelz
Circuit Mediator

4/16/07/cg



A TRUE COPY
ATTEST

CATHY A. CATTERSON
Clerk of Court

by: [signature]
Deputy Clerk

05-CV-00678-MAN