Case 2:05-cv-00678-JLR   Document 88   Filed 08/06/07   Page 1 of 7

THE HONORABLE JAMES L. ROBART

**CHAMBERS COPY**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re WATCHGUARD SECURITIES LITIGATION | Master File No. 2:05-cv-00678-JLR |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| ALL ACTIONS. | |

05-CV-00678-ORD

[PROPOSED] ORDER APPROVING PLAN OF
ALLOCATION OF SETTLEMENT PROCEEDS
(2:05-cv-00678-JLR)

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

This matter having come before the Court on Lead Plaintiff's motion for approval of the Plan of Allocation of net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of March 26, 2007 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Settlement Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in Lead Plaintiff's Motion and Memorandum of Points and Authorities in Support of Approval of Plan of Allocation of Settlement Proceeds, submitted herewith, and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") sent to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and

[PROPOSED] ORDER APPROVING PLAN OF
ALLOCATION OF SETTLEMENT PROCEEDS
(2:05-cv-00678-JLR)

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

- 1 -

necessity. This Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: Aug 6, 2007

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOY ANN BULL

          s/ Joy Ann Bull
         JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
joyb@lerachlaw.com

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL, WSBA #29212
1700 Seventh Avenue, Suite 2260
Seattle, WA 98101
Telephone: 206/749-5544
206/749-9978 (fax)
tdriscoll@lerachlaw.com

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
AZRA Z. MEHDI
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

[PROPOSED] ORDER APPROVING PLAN OF
ALLOCATION OF SETTLEMENT PROCEEDS
(2:05-cv-00678-JLR)

- 2 -

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

|   |   |
|---|---|
| 1 |   |
| 2 | VANOVERBEKE MICHAUD<br>  & TIMMONY, P.C.<br>MICHAEL J. VANOVERBEKE |
| 3 | THOMAS C. MICHAUD<br>79 Alfred Street |
| 4 | Detroit, MI 48201<br>Telephone: 313/578-1200 |
| 5 | 313/578-1201 (fax) |
| 6 | Additional Counsel for Plaintiffs |
| 7 | S:\Settlement\Watchguard Tech.set\ALLOCATION ORDER 00043779.doc |

[PROPOSED] ORDER APPROVING PLAN OF
ALLOCATION OF SETTLEMENT PROCEEDS
(2:05-cv-00678-JLR)

- 3 -

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2007.

s/ Joy Ann Bull
JOY ANN BULL

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:Joyb@lerachlaw.com

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS (2:05-cv-00678-JLR)

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

# Mailing Information for a Case 2:05-cv-00678-JLR

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish M Baig**
  AelishB@lerachlaw.com,e_file_sd@lerachlaw.com

- **Joy Ann Bull**
  joyb@lerachlaw.com

- **Dan Drachler**
  ddrachler@zsz.com

- **Tamara J Driscoll**
  tdriscoll@lerachlaw.com,georgiad@lerachlaw.com

- **Juli E. Farris**
  jdesper@KellerRohrback.com,mbates@KellerRohrback.com

- **Stephen M Knaster**
  sknaster@orrick.com

- **James N Kramer**
  jkramer@orrick.com,jcopoulos@orrick.com

- **Elizabeth Ann Leland**
  bleland@kellerrohrback.com,chopkins@kellerrohrback.com

- **Justin M Lichterman**
  jlichterman@orrick.com,mticzon@orrick.com

- **Azra Mehdi**
  Azram@lerachlaw.com,e_file_sf@lerachlaw.com,jdavis@lerachlaw.com,e_file_sd@lerachlaw.co

- **Louis David Peterson**
  smp@hcmp.com

- **Lynn Lincoln Sarko**
  lsarko@kellerrohrback.com

- **Michael D Torpey**
  mtorpey@orrick.com

- **W Scott Zanzig**
  szanzig@hallzan.com,generalmail@hallzan.com,kbenedict@hallzan.com

- **Jay H Zulauf**

jzulauf@hallzan.com,lvitale@hallzan.com,generalmail@hallzan.com,kbenedict@hallzan.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)