FILED LODGED RECEIVED MAIL

JUL 31 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

THE HONORABLE JAMES L. ROBART

CHAMBERS COPY

FILED ENTERED
LODGED RECEIVED

AUG - 6 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re WATCHGUARD SECURITIES LITIGATION | Master File No. 2:05-cv-00678-JLR |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | ~~[PROPOSED]~~ FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

JLR

05-CV-00678-JGM

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

This matter came before the Court for hearing pursuant to an Order of this Court, dated May 25, 2007, on the application of the Settling Parties for approval of the settlement set forth in the Stipulation of Settlement dated as of March 26, 2007 (the "Stipulation"). Due and adequate notice having been given of the settlement as required in said Order, and the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Settlement Class.

3. Except as to any individual claim of those Persons (identified in Exhibit 1 attached hereto) who have validly and timely requested exclusion from the Settlement Class, the Litigation and all claims contained therein, including all of the Released Claims, are dismissed with prejudice as to the Lead Plaintiff and the Members of the Settlement Class, and as against each and all of the Released Persons. The parties are to bear their own costs, except as otherwise provided in the Stipulation.

4. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby approves the settlement set forth in the Stipulation and finds that said settlement is, in all respects, fair, reasonable and adequate to, and is in the best interests of, the Lead Plaintiff, the Settlement Class and each of the Settlement Class Members. This Court further finds the settlement set forth in the Stipulation is the result of arm's-length negotiations between experienced counsel representing the interests of the Lead Plaintiff, the Settlement Class Members and the Defendants. Accordingly, the settlement embodied in the Stipulation is hereby approved in all respects and shall be consummated in accordance with its terms and provisions. The Settling Parties are hereby directed to perform the terms of the Stipulation.

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

5. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court hereby certifies, for purposes of effectuating this settlement, a Settlement Class of all Persons who purchased WatchGuard common stock between February 12, 2004 and March 15, 2005, inclusive. Excluded from the Settlement Class are Defendants and their Related Parties. Also excluded from the Settlement Class are those Persons who timely and validly requested exclusion from the Settlement Class pursuant to the Notice of Pendency and Proposed Settlement of Class Action.

6. With respect to the Settlement Class, this Court finds for the purposes of effectuating this settlement that: (a) the Members of the Settlement Class are so numerous that joinder of all Settlement Class Members in the Litigation is impracticable; (b) there are questions of law and fact common to the Settlement Class which predominate over any individual questions; (c) the claims of the Lead Plaintiff are typical of the claims of the Settlement Class; (d) the Lead Plaintiff and Lead Counsel have fairly and adequately represented and protected the interests of all of the Settlement Class Members; and (e) a class action is superior to other available methods for the fair and efficient adjudication of the controversy, considering: (i) the interests of the Members of the Settlement Class in individually controlling the prosecution of the separate actions; (ii) the extent and nature of any litigation concerning the controversy already commenced by Members of the Settlement Class; (iii) the desirability or undesirability of continuing the litigation of these claims in this particular forum; and (iv) the difficulties likely to be encountered in the management of the Litigation.

7. Upon the Effective Date, the Lead Plaintiff and each of the Settlement Class Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished and discharged all Released Claims against the Released Persons, whether or not such Settlement Class Member executes and delivers a Proof of Claim and Release form.

8. All Settlement Class Members are hereby forever barred and enjoined from prosecuting the Released Claims against the Released Persons.

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

9. Upon the Effective Date hereof, each of the Released Persons shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished and discharged each and all of the Settlement Class Members and Lead Counsel from all claims (including Unknown Claims) arising out of, relating to, or in connection with, the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

10. The distribution of the Notice of Pendency and Proposed Settlement of Class Action and the publication of the Summary Notice, as provided for in the Order Preliminarily Approving Settlement and Providing for Notice, constituted the best notice practicable under the circumstances, including individual notice to all Members of the Settlement Class who could be identified through reasonable effort. Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, and any other applicable law.

11. Any plan of allocation submitted by Lead Counsel or any order entered regarding the attorneys' fee and expense application shall in no way disturb or affect this Final Judgment and shall be considered separate from this Final Judgment.

12. Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal. Defendants may file the Stipulation and/or the Judgment in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

13. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of this settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the Stipulation.

14. The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

15. In the event that the settlement does not become effective in accordance with the terms of the Stipulation or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

IT IS SO ORDERED.

DATED: Aug 6, 2007

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by,

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
JOY ANN BULL

s/ Joy Ann Bull
JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
joyb@lerachlaw.com

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL (2:05-cv-00678-JLR)

- 4 -

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TAMARA J. DRISCOLL, WSBA #29212
1700 Seventh Avenue, Suite 2260
Seattle, WA 98101
Telephone: 206/749-5544
206/749-9978 (fax)
tdriscoll@lerachlaw.com

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
AZRA Z. MEHDI
AELISH M. BAIG
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

VANOVERBEKE MICHAUD
& TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHUAD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

Additional Counsel for Plaintiffs

S:\Settlement\Watchguard Tech.set\FINAL JUDGMENT 00043776.doc

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL (2:05-cv-00678-JLR)

- 5 -

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

Case 2:05-cv-00678-JLR  Document 89  Filed 08/06/07  Page 7 of 12

"WGRD1-EXCL00001"

6/24/2007

From:
Nelson B. Davis

Ph:
Email:

To:
WatchGuard Securities Litigation
Claims Administrator
C/O Giliardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

Dear Sirs,

Please exclude me from
"In re WatchGuard Securities Litigation, Master File No. 2:05-cv-00678-JLR "

I ask to be excluded because, according to the information sent to me, my claim per share under the proposed settlement would be $0 per share.

Here are my purchases and sales of WatchGuard common stock between February 12, 2004 and March 15, 2005.

11/17/2004 Bought 2000 sh. WatchGuard, total purchase price = $8791
12/31/2004 Bought 2000 sh. WatchGuard, total purchase price = $8956

3/3/2005 Sold 2000 sh. WatchGuard, total sales price = $6889
3/4/2005 Sold 2000 sh. WatchGuard, total sales price = $6892

Also, at the close of trading on March 15, 2005, I held or owned 0 shares of WatchGuard common stock.

Sincerely,

Nelson B Davis 6/24/2007

Nelson B. Davis

**Exhibit 1**



SEATTLE WA 98

25 JUN 2007 PM 6 L

RECEIVED MRM

JUL 03 2007

CLAIMS CENTER

*WatchGuard Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

WGRD1

CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 30, 2007.

s/ Joy Ann Bull
JOY ANN BULL

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:Joyb@lerachlaw.com

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL (2:05-cv-00678-JLR)

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

# Mailing Information for a Case 2:05-cv-00678-JLR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish M Baig**
  AelishB@lerachlaw.com,e_file_sd@lerachlaw.com
- **Joy Ann Bull**
  joyb@lerachlaw.com
- **Dan Drachler**
  ddrachler@zsz.com
- **Tamara J Driscoll**
  tdriscoll@lerachlaw.com,georgiad@lerachlaw.com
- **Juli E. Farris**
  jdesper@KellerRohrback.com,mbates@KellerRohrback.com
- **Stephen M Knaster**
  sknaster@orrick.com
- **James N Kramer**
  jkramer@orrick.com,jcopoulos@orrick.com
- **Elizabeth Ann Leland**
  bleland@kellerrohrback.com,chopkins@kellerrohrback.com
- **Justin M Lichterman**
  jlichterman@orrick.com,mticzon@orrick.com
- **Azra Mehdi**
  Azram@lerachlaw.com,e_file_sf@lerachlaw.com,jdavis@lerachlaw.com,e_file_sd@lerachlaw.coı
- **Louis David Peterson**
  smp@hcmp.com
- **Lynn Lincoln Sarko**
  lsarko@kellerrohrback.com
- **Michael D Torpey**
  mtorpey@orrick.com
- **W Scott Zanzig**
  szanzig@hallzan.com,generalmail@hallzan.com,kbenedict@hallzan.com
- **Jay H Zulauf**

jzulauf@hallzan.com,lvitale@hallzan.com,generalmail@hallzan.com,kbenedict@hallzan.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)